**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

CASE NO: 12-05710-JW

**ORDER OF DISMISSAL FOR NON-COMPLIANCE**

The relief set forth on the following pages for a total of 2 pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 12-05710-JW |
|---|---|
| DIANNE LYNNE ALLEN<br>EUGENE LEE ALLEN | (CHAPTER 13)<br><br>**ORDER OF DISMISSAL FOR FAILURE TO MAKE PAYMENTS PURSUANT TO SETTLEMENT AGREEMENT AND NON-COMPLIANCE WITH PRIOR P-III ORDER OF THE COURT** |
| Debtors | |

    This matter comes before the court upon the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Payments Pursuant to the Settlement Agreement and Prior P-III Order of the Court.  Pursuant to the July 28, 2014, P-III Order of this Court approving a settlement agreement between the Trustee and the Debtors, the Debtors agreed to make certain payments within a certain time period in exchange for not having the within Chapter 13 case dismissed and upon the failure of the Debtors to make those payments in the amount and within the time period reflected in the settlement agreement, the case would be dismissed upon written request of the Trustee, without further notice or hearing.

    It now appears that the Debtors Have failed to make the payments pursuant to the settlement agreement and therefore pursuant to the Court's prior P-III Order, this case is hereby dismissed.

**AND IT IS SO ORDERED.**

Dated: <u>December 12, 2014</u>

MICHAEL MATTHEWS ESQ
ONE BEAUFORT TOWNE CENTER
2015 BOUNDARY STREET STE 319
BEAUFORT, SC  29902